UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| TONY D VEAL | * | CHAPTER 13 |
| PAMELA J VEAL | * | 18-50779 |
| 142 COBB RD SW | * | |
| GORDON, GA 31031 | * | |
| SS# XXX-XX-8566 | * | |
| SS# XXX-XX-2158 | * | |
| Debtor(s) | * | |

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.      I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.      I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. Property to be surrendered:

| Description | Creditor |
|---|---|
| 2012 Buick Lacrosse | Baldwin Auto Sales |

b. Property to be retained (check applicable statement):

| Description | Creditor | Property Claimed As Exempt | Property Reaffirmed Pursuant to 11 USC |
|---|---|---|---|

Date: 6/21/19


/S/ TONY D VEAL
DEBTOR

/S/ PAMELA J VEAL
DEBTOR